**United States District Court**
For the Northern District of California

***E-FILED 11-14-2011***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANNA McCLAIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A. (successor by merger to WACHOVIA, who was successor by merger to World Savings Bank); SHARON ZUNIGA; EXECUTIVE TRUSTEE SERVICES, INC.; DOES 1 to 50,<br><br>　　　　Defendants.<br>_____/ | No. C11-05020 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Defendants Wells Fargo Bank, N.A. and Sharon Zuniga have moved to dismiss the complaint. No later than October 25, 2011, each party was to have filed either a consent or declination to proceed before a United States Magistrate Judge. Civ. L.R. 73-1. Plaintiff still has not yet done so, despite a reminder from the court. (See Dkt. No. 5). Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. See 28 U.S.C. § 636. The noticed December 13, 2011 motion hearing is vacated.

　　　SO ORDERED.

Dated: November 14, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-05020-HRL Notice has been electronically mailed to:

2  T. Robert Finlay     rfinlay@wrightlegal.net, ggrant@wrightlegal.net

3  Todd Evan Chvat     tchvat@wrightlegal.net

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5

6  5:11-cv-05020-HRL Notice sent by U.S. Mail to:

7  Anna McClain
   1968 Marques Avenue
8  San Jose, CA 95125

9         Pro Se Plaintiff

2