1
2            UNITED STATES DISTRICT COURT
3          FOR THE NORTHERN DISTRICT OF CALIFORNIA
4                    OAKLAND DIVISION
5

| | |
|---|---|
| ANNA MCCLAIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No: C 11-5020 SBA<br><br>**ORDER DIRECTING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>Dkt. 4 |

On October 18, 2011, Defendants filed a motion to dismiss. Dkt. 4. The motion is scheduled for hearing on March 13, 2012. Under Local Rule 7-3, any opposition or statement of non-opposition was due no later than two weeks after the motion was filed. As such, Plaintiff's response was due by November 1, 2011. To date, however, no response to the motion has been filed.

"Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court." Ferdik v. Bonzelet 963 F.2d 1258, 1260 (9th Cir. 1992). As such, the failure to file an opposition to a motion to dismiss in the manner prescribed by the Court's Local Rules is grounds for dismissal. Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam). Nevertheless, the Court will sua sponte afford Plaintiff an additional opportunity to file a response to Defendants' motion to dismiss. While the Court does not countenance Plaintiff's disregard of the Local Rules, the Court grants such extension in consideration of less drastic alternatives to dismissal. See Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002). Nonetheless, Plaintiff is warned that the failure to file an opposition by the deadline set by the Court will be deemed grounds for dismissing the action under Rule 41(b), without further notice. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file her response to Defendants' motion to dismiss by no later than **February 16, 2012**. If Plaintiff does not intend to prosecute this action, she should file a stipulation for dismissal under Rule 41(b), a request for dismissal under Rule 41(a), or a statement of non-opposition, by that deadline. The failure timely comply with this Order will result in the dismissal of the action. If applicable, Defendants may file a reply by no later than **February 23, 2012**.

2. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument, prior to the new hearing date. The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: February 2, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MCCLAIN et al,

       Plaintiff,

  v.

WELLS FARGO BANK, N.A. et al,

       Defendant.
                                        /

Case Number: CV11-05020 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anna McClain
1968 Marques Avenue
San Jose, CA 95125

Dated: February 2, 2012
                                   Richard W. Wieking, Clerk

                                       By: LISA R CLARK, Deputy Clerk