UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANNA MCCLAIN, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A. (successor by merger to Wachovia, who was successor by merger to World Savings Bank); SHARON ZUNIGA; EXECUTIVE TRUSTEE SERVICES, INC.; DOES 1 to 50,<br><br>　　　　Defendants. | Case No: C 11-5020 SBA<br><br>**ORDER DIRECTING PARTIES TO COMPLY WITH ADR LOCAL RULES** |

The Court has been advised that the parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the ADR Local Rules and the Initial Case Management Scheduling Order. See Dkt. 3, 16. Accordingly,

IT IS HEREBY ORDERED THAT the parties shall meet and confer forthwith and file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference by no later than March 16, 2012. **The failure to comply with this Order may result in the imposition of sanctions**.

IT IS SO ORDERED.

Dated: March 13, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MCCLAIN et al,

       Plaintiff,

 v.

WELLS FARGO BANK, N.A. et al,

       Defendant.
_____/

Case Number: CV11-05020 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anna McClain
1968 Marques Avenue
San Jose, CA 95125

Dated: March 14, 2012

                                      Richard W. Wieking, Clerk

                                              By: LISA R CLARK, Deputy Clerk