UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANNA MCCLAIN, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A. (successor by merger to Wachovia, who was successor by merger to World Savings Bank); SHARON ZUNIGA; EXECUTIVE TRUSTEE SERVICES, INC.; DOES 1 to 50,<br><br>　　　　Defendants. | Case No:  C 11-5020 SBA<br><br>**ORDER DIRECTING PARTIES TO COMPLY WITH ADR LOCAL RULES** |

　　　The Court has been advised that the parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the ADR Local Rules and the Initial Case Management Scheduling Order.  <u>See</u> Dkt. 3, 16.  Accordingly,

　　　IT IS HEREBY ORDERED THAT the parties shall meet and confer forthwith and file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference by no later than <u>March 16, 2012</u>. **The failure to comply with this Order may result in the imposition of sanctions**.

　　　IT IS SO ORDERED.

Dated:  March 13, 2012

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MCCLAIN et al,

       Plaintiff,

 v.

WELLS FARGO BANK, N.A. et al,

       Defendant.
                                 /

Case Number: CV11-05020 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anna McClain
1968 Marques Avenue
San Jose, CA 95125

Dated: March 14, 2012

                                 Richard W. Wieking, Clerk

                                      By: LISA R CLARK, Deputy Clerk